FILED
CHARLOTTE, NC
JUN 19 2018
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:18-cr-196-RJC |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violations: |
| ADOLFO FIGUEROA-ALMANZA ) | 8 U.S.C. § 1326 |
| ) | 21 U.S.C. § 841 |

## THE GRAND JURY CHARGES:

### COUNT ONE
(Possession with Intent to Distribute Methamphetamine)

On or about April 27, 2018, in Union County, within the Western District of North Carolina, and elsewhere, the Defendant,

**ADOLFO FIGUEROA-ALMANZA,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Quantity of Methamphetamine Involved in Count One

It is further alleged that, with respect to the offense charged in Count One, five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by Defendant ADOLFO FIGUEROA-ALMANZA, so Title 21, United States Code, Section 841(b)(1)(A) is applicable to him.

### COUNT TWO
(Illegal Reentry by Aggravated Felon)

On or about April 27, 2018, in Union County, within the Western District of North Carolina, and elsewhere, the Defendant,

**ADOLFO FIGUEROA-ALMANZA,**

being an alien, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States and subsequent to a conviction for the commission of an aggravated felony.

All in violation of Title 8, United States Code Sections 1326(a) and (b)(2).

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

A TRUE BILL:

R. ANDREW MURRAY
UNITED STATES ATTORNEY

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY