IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00196-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADOLFO FIGUEROA-ALMANZA | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for a sentencing reduction under 18 U.S.C. § 3582(c)(1)(A) and his request for appointment of counsel. (Doc. No. 41).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court. Title 18, United States Code, Section 3582(c)(1)(A) allows a defendant to file a motion for a sentence reduction based on "extraordinary and compelling reasons" after the lapse of 30 days of the receipt of such a request by the warden of the defendant's facility. There is no right to counsel in § 3582(c) proceedings. United States v. Legree, 205 F.3d 724, 729-30 (4th Cir. 2000). Furthermore, it appears from the record that the defendant has adequately raised issues on his own.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the defendant's request for appointment of counsel is **DENIED**.

Signed: September 21, 2023

Robert J. Conrad, Jr.
United States District Judge